Duquesne Light Company *v.* Brudney, Appellant.

Argued April 11, 1972. *Gilbert S. Solomon,* with him *Rosenberg, Kirshner & Solomon,* for appellant; *Thomas*

*R. Wright,* with him *Reed, Smith, Shaw & McClay,* for appellee.

Judgment affirmed.